IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02555-DME-KLM

ENVIRO NOISE CONTROL CORPORATION,

   Plaintiff(s),

v.

STEALTH ACOUSTICAL & EMISSION CONTROL CORPORATION, a Colorado Corporation, and
STEALTH ACOUSTICAL & EMISSION CONTROL, INC., a Canadian Corporation,
   Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court the parties' Confidentiality Stipulation and Protective Order [Docket No. 34; April 4, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Confidentiality Stipulation and Protective Order **is accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: April 11, 2008.