IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02555–EWN–KLM

ENVIRO NOISE CONTROL CORPORATION, a Canadian Corporation,

    Plaintiff,

v.

STEALTH ACOUSTICAL & EMISSION CONTROL CORPORATION, a Colorado Corporation, and
STEALTH ACOUSTICAL & EMISSION CONTROL, INC., a Canadian Corporation

    Defendants.

---

# GENERAL CASE MANAGEMENT ORDER
# AND ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    Pursuant to the authority conveyed by 28 U.S.C. § 636(b)(1)(A) and by rules 16, 72(a), and 83 of the Federal Rules of Civil Procedure, it is

    ***ORDERED*** as follows:

    1. **The final deadline for filing all dispositive[*] motions in this case is:**

---

[*]A "dispositive motion" ordinarily encompasses a "motion for injunctive relief, for judgment on the pleadings, for summary judgment, . . . to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action." 28 U.S.C. § 636(b)(1)(A).

The magistrate judge designated below may modify this deadline for any particular motion or for all such motions if the modification results in *shortening* the deadline. ***The deadline shall not be extended*** except by my order, entered only upon (1) written motion demonstrating "good cause" for an extension (*see* Fed. R. Civ. P. 16[b]) and (2) the assigned magistrate judge's written recommendation setting forth the reasons for believing there is "good cause" for the extension and proposing that the motion be granted.

      2. United States Magistrate Judge Kristen L. Mix is designated to conduct the following proceedings in this civil action:

- Conduct status conferences and issue orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause;

- Convene such settlement conferences and direct such related procedures as may facilitate resolution of this case;

- Hear and determine any pretrial matter, including discovery matters and non-dispositive motions (*i.e.*, motions other than those excepted by 28 U.S.C. § 636[b][1][A]);

- Conduct a preliminary pretrial conference and enter a preliminary pretrial order.

      3. A copy of this order *and any attachments* shall forthwith be served on all parties. The party filing or removing the case is responsible for serving this GENERAL CASE MANAGEMENT ORDER AND ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE. The recipient should promptly deliver to legal counsel copies of all documents served.

      4. Unless otherwise ordered by me or the assigned magistrate judge, counsel and pro se litigants will follow all instructions contained in my Practice Standards — Civil. Copies are available from the Office of the Clerk, United States District Court for the District of Colorado. **Particular attention is called to the section styled "SPECIAL INSTRUCTIONS CONCERNING MOTIONS FOR SUMMARY JUDGMENT."** I will set dates for a final pretrial conference (*see* Fed. R. Civ. P. 16[d]), a trial preparation conference, and the trial after any motions for summary judgment and other dispositive motions have been resolved.

5. All counsel and pro se litigants should also be familiar with the United States District Court for the District of Colorado Local Rules of Practice. Copies are available from the Office of the Clerk, United States District Court for the District of Colorado. Copies of the local rules, as well as copies of these procedures, are also available for viewing and downloading at the court's web site: www.cod.uscourts.gov.

Dated: May 8, 2008