IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02555-EWN-KLM

ENVIRO NOISE CONTROL CORPORATION,

    Plaintiff(s),

v.

STEALTH ACOUSTICAL & EMISSION CONTROL CORPORATION, a Colorado Corporation, and
STEALTH ACOUSTICAL & EMISSION CONTROL, INC., a Canadian Corporation,
    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Leave to Amend the Complaint [Docket No. 58; Filed May 27, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. The Court finds that Plaintiff's D.C. Colo. L. Civ. R. 7.1 certification does not comply with the spirit and purpose of a party's duty to confer. Rule 7.1(A) is not satisfied when a party contacts the opposing party and demands a response, then files the Motion without knowledge of whether the nonmoving party is opposed to the relief requested therein because of the lack of an immediate response. Simply, this behavior thwarts the purpose of the Rule and does not constitute a reasonable, good-faith effort to confer. It is immaterial to the Court that the deadline for amendment of pleadings was the date that the Motion was filed. A party's duty to confer is not excused because a party is purporting to comply with other case deadlines. (The Court need hardly point out that Plaintiff could have sought leave to amend on any number of dates *prior* to the deadline. The decision to seek amendment is purportedly based on Plaintiff's receipt of Defendants' Rule 26(a) disclosures, which according to the Scheduling Order were made on March 18, 2008 [Docket No. 30].) To the extent that Plaintiff wishes to refile the Motion, it must now move to file it out of time, and it must satisfy its duty to confer pursuant to Rule 7.1(A), including giving Defendants a reasonable amount of time (no less than five days) to state whether they oppose the relief sought therein.

Dated: May 29, 2008.