IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02555-EWN-KLM

ENVIRO NOISE CONTROL CORPORATION,

    Plaintiff(s),

v.

STEALTH ACOUSTICAL & EMISSION CONTROL CORPORATION, a Colorado Corporation, and
STEALTH ACOUSTICAL & EMISSION CONTROL, INC., a Canadian Corporation,
    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion for Leave to File Sur-Reply Brief Re Plaintiff's Renewed Motion to Amend Complaint** [Docket No. 79; July 18, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Defendants' Sur-Reply Brief in Opposition to Plaintiff's Renewed Motion to Amend the Complaint [Docket No. 79-2] as filed.


Dated: July 21, 2008.